IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In Re: Nissan North America, Inc. Litigation | )<br>)<br>) |
| LAKEITA KEMP,<br>Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC. and NISSAN MOTOR CORP., LTD.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) NO. 3:19-cv-00843<br>3:19-cv-00854<br>3:22-cv-00098<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE FRENSLEY |
| MICHELLE BEREDA, et al.,<br>Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC. and NISSAN MOTOR CORP., LTD.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

The Court held a telephone conference on July 6, 2023. During the hearing, the parties reported that the Court's Memorandum and Order (Doc. Nos. 306, 307) granting the motion for class certification is currently on appeal to the Court of Appeals for the Sixth Circuit. The appeal

is fully briefed and a decision anticipated in the coming months. Pending the ruling from the Sixth Circuit, these cases are STAYED and the files administratively closed. The parties shall file a notice with the Court within 3 days of the Sixth Circuit's ruling.

Regardless of whether an order has issued, the Court will hold an in-person status conference on September 25, 2023, at 9:00 a.m. On or before September 15, 2023, the parties in each case shall submit joint notices addressing: (1) the remaining claims in the action and if there are any remaining claims that the parties do not expect to litigate further; (2) the status of discovery; (3) the status of expert discovery and the expected impact of expert reports on summary judgment motions; (4) the parties positions on further consolidation of these cases; and (5) a proposed trial schedule.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE