# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LAKEITA KEMP, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC. and NISSAN MOTOR CO., LTD.<br>Defendants | Case No.: 3:19-cv-00854<br><br><br>District Judge William L. Campbell, Jr.<br>Magistrate Judge Jeffrey S. Frensley |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Lakeita Kemp and Defendants, by and through undersigned counsel, hereby stipulate to the dismissal of all claims by Plaintiff individually, but without prejudice as to the putative class, and without costs of the above-captioned matter in its entirety.

Dated: November 18, 2025

Respectfully submitted,

By: */s/ E. Paul Cauley, Jr.*
E. Paul Cauley, Jr.(*Pro hac vice*)
S. Vance Wittie (*Pro hac vice*)
**FAEGRE DRINKER BIDDLE**
**& REATH LLP**
2323 Ross Avenue, Suite 1700
Dallas, Texas 75201
Tel: (469) 357-2503
paul.cauley@faegredrinker.com
vance.wittie@faegredrinker.com

Brigid M. Carpenter (BPR No. 18134)
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Tel: (615) 726-5600
bcarpenter@bakerdonelson.com

*Counsel for Defendants Nissan North America, Inc. and Nissan Motor Co., Ltd.*

By: */s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (TN BPR 23045)
**STRANCH JENNINGS & GARVEY PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com

Lisa M. La Fornara (*Pro hac vice*)
Lynn A. Toops (*Pro hac vice*)
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel.: (317) 636-6481
llafornara@cohenandmalad.com
ltoops@cohenmalad.com

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on November 18, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses of all counsel of record listed below.

E. Paul Cauley, Jr.
S. Vance Wittie
**FAEGRE DRINKER BIDDLE & REATH LLP**
2323 Ross Avenue, Suite 1700
Dallas, Texas 75201
Tel: (469) 357-2503
paul.cauley@faegredrinker.com
vance.wittie@faegredrinker.com

Brigid M. Carpenter (BPR No. 18134)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Tel: (615) 726-5600
bcarpenter@bakerdonelson.com

Lynn A. Toops
Lisa M. La Fornara
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Phone: 317-636-6481
ltoops@cohenandmalad.com
llafornara@cohenandmalad.com

          */s/ J. Gerard Stranch, IV*
          J. Gerard Stranch, IV (TN BPR 23045)