IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LAKEITA KEMP, *individually and on behalf of all others similarly situated,* ) ) ) | |
| Plaintiffs, ) ) | NO. 3:19-cv-00854 |
| v. ) ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE FRENSLEY |
| NISSAN NORTH AMERICA, INC. and ) NISSAN MOTOR CO. LTD., ) ) | |
| Defendants. ) | |

## ORDER

Pursuant to the Joint Stipulation of Dismissal filed by the parties under Federal Rule of Civil Procedure 41 (Doc. No. 104), the individual claims of Plaintiff Lakeita Kemp are DISMISSED. This dismissal is without prejudice as to the putative class.

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE